## (July 20, 1978)

■ STATEN SANITATION CORP., Appellant, v ALVIN B. WOLOSOFF et al.,

Respondents.—Order, Supreme Court, New York County, entered on April 6, 1978, unanimously affirmed for the reasons stated by Stecher, J., at Special Term. Respondents shall recover of appellant $40 costs and disbursements of this appeal. Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.